■ In the Matter of PEDRO RAMOS, Petitioner, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. [685 NYS2d 143] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: In this CPLR article 78 proceeding, petitioner challenges a prison disciplinary determination finding him guilty of various inmate rule violations and imposing a penalty of 90 days in the Special Housing Unit with a concomitant loss of good time and privileges. Petitioner challenges the determination on the ground that respondents failed to serve petitioner with a written statement of the evidence relied upon in reaching the determination and the reasons for the penalty imposed, in violation of due process and 7 NYCRR 254.7 (a) (5).

Because the petition does not raise a substantial evidence question, the proceeding was improperly transferred to us pursuant to CPLR 7804 (g). Nevertheless, we decide the matter in the interest of judicial economy (*see, Matter of Moulden v Coughlin*, 210 AD2d 997).

Addressing the merits, we conclude that the Hearing Officer

provided petitioner with a written statement of disposition, as required by due process and the regulation (*see, Matter of Wolff v McDonnell,* 418 US 539, 563-565; *Matter of Laureano v Kuhlmann,* 75 NY2d 141, 146). The completed form attached to the answer sets forth the evidence relied upon by the Hearing Officer and the reasons for the penalties imposed (*see, Matter of Bernacet v Coughlin,* 145 AD2d 802, 804, *lv denied* 74 NY2d 603; *Matter of Jackson v Coughlin,* 129 AD2d 639, 641). There is no support for petitioner's contention that the form is a forgery. (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Erie County, Fahey, J.) Present—Denman, P. J., Hayes, Pigott, Jr., Callahan and Fallon, JJ.